IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02161-PAB-BNB

KEVIN W. BIVENS, a Colorado resident,

Plaintiff,

v.

JOHN A. STALEY, a Wyoming resident, and
BRENNTAG PACIFIC, INC., a Delaware corporation,

Defendants.

---

# MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Withdraw Appearance of William K. Rounsborg and Katherine A. Kelley** [docket no. 15, filed September 15, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. William K. Rounsborg and Katherine A. Kelley are granted leave to withdraw from the representation of defendants John A. Staley and Brenntag Pacific, Inc. and are to be removed from the electronic service.


DATED:  September 16, 2011