IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02161-PAB-BNB

KEVIN W. BIVENS, a Colorado resident,

Plaintiff,

v.

JOHN A. STALEY, a Wyoming resident, and
BRENNTAG PACIFIC, INC., a Delaware corporation,

Defendants.

---

### MINUTE ORDER

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Defendants' Motion to Amend the Scheduling Order** [docket no. 23, filed March 2, 2012] (the "Motion").

      IT IS ORDERED that the Motion is DENIED WITHOUT PREJUDICE subject to a renewed motion which addresses all remaining scheduling order deadlines, including the dispositive motion deadline.

DATED:  March 6, 2012