IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02161-PAB-BNB

KEVIN W. BIVENS, a Colorado resident,

Plaintiff,

v.

JOHN A. STALEY, a Wyoming resident, and
BRENNTAG PACIFIC, INC., a Delaware corporation,

Defendants.

_____

**MINUTE ORDER**

_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Joint Motion to Vacate the June 12, 2012 Settlement Conference** [docket no. 32, filed May 15, 2012] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Settlement Conference set for June 12, 2012, is **VACATED**.

DATED:  May 15, 2012